**DISMISS and Opinion Filed October 1, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00554-CV

### DAVID DOSCHER AND KAREN DOSCHER, Appellants
### V.
### VINTAGE ESTATE HOMES OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04636-A**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Nowell

Before the Court is appellants' unopposed motion to dismiss the appeal because the parties have reached a settlement in the underlying litigation. We grant the motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Erin A. Nowell//
210554f.p05                                        ERIN NOWELL
                                                   JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

DAVID DOSCHER AND KAREN
DOSCHER, Appellants

No. 05-21-00554-CV        V.

VINTAGE ESTATE HOMES OF
TEXAS, LLC, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-20-04636-A.
Opinion delivered by Justice Nowell.
Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee VINTAGE ESTATE HOMES OF TEXAS, LLC recover its costs of this appeal from appellants DAVID DOSCHER AND KAREN DOSCHER.

Judgment entered this 1st day of October, 2021.